# PD-0131-15

NO. _05-13-01664-CR_

| LEMUEL MOSLEY | () | IN THE TEXAS COURT |
|---|---|---|
| | () | RECEIVED IN |
| VS. | () | OF CRIMINAL APPEALS COURT OF CRIMINAL APPEALS |
| | () | |
| THE STATE OF TEXAS | () | AT AUSTIN    FEB 06 2015 |

SEEKING DISCRETIONARY REVIEW FROM A DECISION BY THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS
IN CAUSE NO.05-13-01664-CR

FILED IN
COURT OF CRIMINAL APPEALS

PETITIONER'S, LEMUEL MOSLEY MOTION TO EXTEND TIME
FOR FILING PETITION FOR DISCRETIONARY REVIEW

FEB 06 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Petitioner, Lemuel Mosley, pro se and respectfully requests that the time for filing of Petitioner, Lemuel Mosley's Petition for Discretionary Review in the above -styled and numbered cause be extended. In support of this motion the Petitioner would show the Court the following:

I.

In Cause No. F11-57352-I Appellant was convicted of murder and punishment was assessed at confinement for Life in the Texas Department of Criminal Justice, Institutional Division. The Court of Appeals affirmed the appeal on January 21, 2015.

II.

The present deadline for filing of Petitioner /Appellant's Petition for Discretionary Review is February 20, 2015. Petitioner respectfully requests an extension of time until __May 7,__ , 2015.

III.

No previous extension of time has been granted.

IV.

Petitioner would show the Court that a reasonable explanation exists for the requested extension. The facts on which petitioner relies to reasonably explain the need for this extension are as follows:

Petitioner has not had sufficient time after receipt of the opinion of the Court of Criminal Appeals to prepare his petition for discretionary review, pro se, for filing with this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that the time for filing of the Petition for Discretionary Review be extended to the aforementioned date.

_Lemuel Mosley_ #1913006
Lemuel Mosley, Petitioner
clements Unit 9601 Spur 591
Street
Amarillo Texas               79107-9606
City,          State,          Zip

Certificate of Service

I hereby certify that a true copy of the foregoing motion has been served on the Assistant District Attorney for Dallas County- Appellate Section, Frank Crowley Courts Building, Lock Box 19, Dallas, Texas 75207-4399 by depositing same in the United States Mail, Postage Prepaid, on this the _28_ day of _January_, 2015.

_Lemuel Mosley_
Petitioner, Lemuel Mosley